Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>D P CRUSHING, INC.; DAVID ARTHUR PILE,<br><br>    Defendants. | Case No.: C09-0780 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**and**<br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

   PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE, et al., in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants D P CRUSHING, INC. and DAVID ARTHUR PILE. Defendants have neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against Defendants.

   It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

///

1
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0780 SI**

P:\CLIENTS\OE3CL\D P Crushing, Inc\Pleadings\C09-0789 SI Notice of Voluntary Dismissal 051109.DOC

1  Accordingly, plaintiffs respectfully request that the Case Management Conference,
2 currently scheduled for May 29, 2009, at 2:30 p.m., and all related dates here in VACATED.
3  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
4 entitled action, and that the foregoing is true of my own knowledge.
5  Executed this 11th day of May, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Susan Illston

P:\CLIENTS\OE3CL\D P Crushing, Inc\Pleadings\C09-0789 SI Notice of Voluntary Dismissal 051109.DOC

2
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0780 SI**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 11, 2009, I served the following document:

**NOTICE OF VOLUNTARY DISMISSAL**
and
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Mark D. Magarian, Esq.**
> **Magarian Law LLP**
> **Anaheim Hills Corporate Park**
> **1265 N. Manassero Street, Suite 304**
> **Anaheim, California 93807**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of May, 2009, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega

1
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0780 SI**

P:\CLIENTS\OE3CL\D P Crushing, Inc\Pleadings\C09-0789 SI Notice of Voluntary Dismissal 051109.DOC